**UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | **Bizness as Usual, Inc.,** | **:** | **Chapter 11** |
| | **Debtor** | | **Bky. No. 25-10551 (PMM)** |
| **IN RE:** | **Biz as Usual, LLC,** | **:** | **Chapter 11** |
| | **Debtor** | | **Bky. No. 25-11985 (PMM)** |
| **IN RE:** | **Antoine Gardiner,** | | **Chapter 11** |
| | **Debtor** | **:** | **Bky. No. 25-12824 (PMM)** |

---

**ORDER DENYING MOTIONS TO RECONSIDER**

**AND NOW**, in connection with the following three (3) Motions to Reconsider (collectively, the "Motions"), each of which seeks relief from the dismissal with prejudice order entered on November 17, 2025:

- Bky. No. 25-10551 Biz as Usual, Inc., doc. #70
- Bky. No. 25-11985 Biz as Usual, LLC, doc. #101
- Bky. No. 25-12824 Antoine Gardiner, doc. #69

AND the Motions seeking reconsideration pursuant F.R.C.P. 9024, (incorporating F.R.C.P. 60);

AND the Motions seeking review of the circumstances previously determined without the benefit of providing newly discovered evidence or a change in law;

BUT a motion for reconsideration "is not a vehicle for relitigating old issues, presenting the case under new theories, securing a rehearing on the merits, or otherwise taking a 'second bite at the apple." In re Richardson Foods, Inc., 667 B.R. 500, 512 (Bankr. S.D.N.Y. 2025);

It is therefore hereby **ORDERED** that the Motions are **denied**.

**Date: 12/2/25**

Patricia M. Mayer

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**