**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| ANTOINE GARDINER, | Case No. 25-12824 (PMM) |
| Debtor. | |

**APPELLEE THE CITY OF PHILADELPHIA'S DESIGNATION OF RECORD PURSUANT TO FED. R. BANKR. P. 8009(a)(2)**

The City of Philadelphia (the "City"), submits the following Designation of Record pursuant to Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules") 8009(a)(2) regarding the appeal currently pending before the United States District Court for the Eastern District of Pennsylvania (the "District Court") in the matter captioned In re Antoine Gardiner, Civil Action No. 25-cv-7195 JMG, in which Antoine Gardiner ("Appellant") appeals from the Order Dismissing Bankruptcy Case with a Bar to Refiling [Docket No. 66] and the Order Denying Motion to Reconsider [Docket No. 73] entered by the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Bankruptcy Court").

In addition to all items identified in Appellant's Designation of Record and Statement of Issues and the items required by Bankruptcy Rule 8009(a)(4), the City designates the following documents identified by Bankruptcy Court CM/ECF document number:

**DESIGNATION OF RECORD**

| **No.** | **Docket No.** | **Title** |
|---|---|---|
| 1 | ECF 49 | *Response to Motion to Dismiss Case for Other filed by Creditor Dalin Funding, LP* |
| 2 | ECF 80 | *Transmission of No designation filed on Notice of Appeal to District Court* |
| 3 | ECF 81 | *District Court Acknowledgement of Transmission of No designation filed on Notice of Appeal to District Court* |

| | | |
|---|---|---|
| 4 | ECF 86 | *Copy of Final Order By District Court Judge John M. Gallagher, Re: Appeal on Civil Action Number:25-7195, Dismissed and the matter is REMANDED to the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania* |

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: January 27, 2026 By: */s/ Megan N. Harper*

MEGAN N. HARPER
Divisional Deputy City Solicitor
PA Attorney I.D. 81669
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595
215-686-0503 (phone)
Email: Megan.Harper@phila.gov